1  Joseph R. Manning, Jr. (SBN 223381)
   Craig G. Cote (SBN 132885)
2  Michael J. Manning (SBN 286879)
   Tristan P. Jankowski (SBN 290301)
3  ADAPracticeGroup@manninglawoffice.com
   **MANNING LAW, APC**
4  4667 MacArthur Blvd., Suite 150
   Newport Beach, CA 92660
5  Tel: 949.200.8755
   Fax: 866.843.8308
6
   *Attorneys for Plaintiff*
7  CARMEN JOHN PERRI

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.: 8:17-cv-02070-AG-DFM |
| | Hon. Andrew J. Guilford |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| v. | |
| THANH PHUONG PHAM, as an individual and dba Tru Health Foot Massage; BROOKHURST PHAM, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: November 27, 2017<br>Trial Date: November 6, 2018 |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carmen John Perri ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, as to Thanh Phuong Pham, as an individual and dba Tru Health Foot Massage. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : May 22, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Carmen John Perri

## **CERTIFICATE OF SERVICE**

I certify that on May 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: May 22, 2018                    **MANNING LAW, APC**

By:   */s/ Jospeh R. Manning, Jr., Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorney for Plaintiff,
      Carmen John Perri

2
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE